**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHEN PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-cv-979-MTS |
| | ) | |
| DR. LYMAN WESTREL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. On December 12, 2022, a Memorandum and Order that the Court had addressed to plaintiff at the Warren County Jail (the "Jail") in Warrenton, Missouri was returned to the Court marked "return to sender," "undeliverable as addressed," and "unable to forward." *See* Doc. [6]. The envelope appears to be stamped by the Jail with a check mark next to "no longer here." *Id.* at 35.

Local Rule 2.06(B) states:

> Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

Plaintiff has not notified the Clerk of Court of any change of address. The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B).[1]

---

[1] The Court also notes that on September 21, 2022, plaintiff was directed to submit a certified copy of his inmate account statement in order to support his motion for leave to proceed *in forma pauperis. See* Doc. [4]. That Order was not returned to the Court, but Plaintiff failed to comply with the directive. *See* Doc. [5] at 2.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** pursuant to Local Rule 2.06(B) for failure to notify the Court of plaintiff's change of address.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 19th day of January, 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE